No. 509. LEVINE *v.* FARLEY, POSTMASTER GENERAL, ET AL. January 2, 1940. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis*, denied. *Mr. Frederick A. Ballard* for petitioner. No appearance for respondents.

No. 535. UNIVERSAL SERVICE ASSOCIATION ET AL. *v.* SECURITIES & EXCHANGE COMMISSION. January 2, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Mr. Justus Chancellor* for petitioners. *Solicitor General Jackson* and *Messrs. Warner W. Gardner, Chester T. Lane, Chistopher M. Jenks,* and *W. McNeil Kennedy* for respondent.